AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

DAVID RODRIGUES,

    Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-cv-00047-LRH-VPC**

STATE OF NEVADA,

    Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for lack of jurisdiction over the subject matter.

|  |  |
|---|---|
| January 29, 2009 | **LANCE S. WILSON** |
|  | Clerk |
|  |  |
|  | /s/ Kalani Lizares |
|  | Deputy Clerk |